William F. Duryea v. John Kaiser and Another.— Motion granted, with ten dollars costs.

Margaret Rowe and Another v. Charlotte Horowitz.— Motion granted, with ten dollars costs.

Herman J. Held v. Franklin Brewing Company.— Motion denied on payment of ten dollars and on condition that appellant be ready for January term.

Anna Olsen v. Royal Company, etc.— Motion granted, with ten dollars costs.

Michele D'Amelio v. Jacob Abraham and Another.— Motion denied on condition that appellants be ready for January term.

Helene Fitter and Another v. Edward Moroney and Another.— Motion denied on payment of ten dollars costs and on condition that appellants have their appeal ready for January term.

William J. Barr, as Trustee, v. Eva Sofranski.— Motion granted, with ten dollars costs.

In the Matter of William H. Anderson.— Motion granted, with ten dollars costs.

Lewis J. Morrison v. Edward L. Andrews and Another.— Motion denied.

Dennis E. Sheehan v. Joseph Martin and Another.— Motion dismissed, with ten dollars costs.

Louis Minsky v. J. Randolph Jacobs.— Motion denied, with ten dollars costs.

Erenest M. Burrows v. The Sarony Company.— Motion denied, with ten dollars costs.

Reine Conrad v. George J. Conrad.— Motion denied, with ten dollars costs. Settle order on notice.

J. Quintus Cohen v. Charles T. Small.— Motion denied. Settle order on notice.

George N. Hook v. New York City Railway Company. Samuel Matkoff v. New York City Railway Company. William Harrison v. New York City Railway Company. Eugene Reis v. Drug and Chemical Company. Julius R. Siegel v. United States Mailing Tube Company.— Applications for leave to appeal to Appellate Division from Appellate Term denied, with ten dollars costs in each case.

In the Matter of Abraham H. Hummel.— Respondent disbarred. Present order.